170 So. 98

### Wilmer DOOLEY v. STATE.

8 Div. 293.

Court of Appeals of Alabama.

June 30, 1936.

Rehearing Denied Oct. 6, 1936.

A. A. Williams, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.

The judgment here appealed from is affirmed on the authority of the holding in this Court in the case of Troy Dooley v. State, post, p. 261, 170 So. 96.

Affirmed.